IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | |
|---|---|
| AMY DEMASCOLO, Administratrix of the Estate of James J. Hodapp, Jr. : | No.: 04-3557 |
| vs. : | |
| LANCASTER COUNTY, : And WARDEN VINCENT GUARINI And CORRECTIONS OFFICER JOHN BURKE And CORRECTIONS OFFICER CLINTON PROBST And CORRECTIONS OFFICER JOHN FAULKNER And JOHN DOE and RICHARD ROE, UNKNOWN CORRECTION OFFICER(S) and PRISON STAFF | |
| **ADDITIONAL DEFENDANTS:** | |
| MARGARET L. CATALFAMO, RN And STEPHANIE D. BRODT, RN And DONNA SCHAIRER WHITMER, LPN And ROBERT DOE, MD And CARRIE McWILLIAMS And BONNIE BAIR And TROY WALTZ | |

## STIPULATION OF DISMISSAL

224499.1

DeMascolo v. Lancaster County, et al
USDC — ED — No.: 04-3557
Page 2 of 2

---

It is hereby AGREED by and between counsel, with the consent of all parties in the case that all claims in all Complaints and all Crossclaims against defendant, Donna Schairer Whitmer, LPN, only, are hereby DISMISSED, with prejudice.

_____
Kevin Allen, Esquire
Counsel for Plaintiff
Amy DeMascolo, Administratrix of
The Estate of James J. Hodapp, Jr.

_____
Louis Isaacsohn, Esquire
Counsel for Defendants
Stephanie D. Brodt, RN and
Donna Schairer Whitmer, LPN

_____
Neil Albert, Esquire
Counsel for Defendant
Robert Doe, MD

_____
John C. Farrell, Esquire
Counsel for Defendant
Margaret L. Catalfamo, RN

_____
Dennis G. Young, Esquire
Counsel for Defendants
Lancaster County, Warden Vincent Guarini
C.O. John Burke, C.O. Clinton Probst, C.O.
John Faulkner, Carrie McWilliams, Bonnie
Bair and Troy Waltz

APPROVED BY THE COURT

_____
                                J.

224499.1